**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
192 LEXINGTON AVENUE, SUITE 902
NEW YORK, NEW YORK 10016
www.goldbergfliegel.com
www.employmentlaw.nyc

KENNETH A. GOLDBERG
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077
FACSIMILE: (212) 973-9577

September 15, 2016

**BY ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: Jil Mazer-Marino, Bankruptcy Trustee, On Behalf Of The Estate Of Noe Matos v. NY Cap Agency LLC et al., 1:14-cv-07746 (GBD) (HBP)**

Dear Judge Daniels:

We represent the Plaintiff in the above-referenced action. This letter is submitted on behalf of all parties. The parties respectfully request an adjournment of the conference scheduled for September 20, 2016.

As Your Honor may recall, there is a pending bankruptcy proceeding related to this lawsuit. The parties have executed a written settlement agreement and the Plaintiff (Bankruptcy Trustee) has applied the bankruptcy court for approval of the settlement agreement. The settlement cannot be finalized and consummated, and a stipulation of dismissal cannot be filed with this Court, until after the bankruptcy court approves the settlement agreement.

Plaintiff's application to the bankruptcy court is scheduled to heard on September 20 and Plaintiff's counsel intends to attend that proceeding.

Accordingly, the parties respectfully request an adjournment of the September 20, 2016 conference and request leave to provide an update to this Court on or before September 30, 2016.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,
/s/ Kenneth A. Goldberg
Kenneth A. Goldberg