Daniels, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 25 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIL MAZER-MARINO, BANKRUPTCY TRUSTEE, ON BEHALF OF THE ESTATE OF NOE MATOS,

Plaintiff,

- against -

NY CAP AGENCY LLC, OGDEN CAP PROPERTIES, LLC, ERIC KAPLAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEASED DEFENDANT GLORIA MILSTEIN FLANZER, AND HENRY P. TRAWICK, JR. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEASED DEFENDANT GLORIA MILSTEIN FLANZER,

Defendants.

Civil Action No. 14-CV-7746 (GBD)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation Of Dismissal, that the above-captioned action be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED, this stipulation may be signed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

Dated: New York, New York
October 24, 2016

VENABLE LLP

By: [signature]

Michael J. Volpe, Esq.
Benjamin E. Stockman, Esq.
Attorneys for the Defendants
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 503-0674

GOLDBERG & FLIEGEL LLP

By: Kenneth Goldberg

Kenneth A. Goldberg
Attorneys for the Plaintiff
192 Lexington Avenue
Suite 902
New York, New York 10016
(212) 983-1077

SO ORDERED:

OCT 25 2016

George B. Daniels
U.S.D.J.